Rufus Antonio BOX *v.* STATE of Arkansas

CR 02–751                              83 S.W.3d 416

Supreme Court of Arkansas
Opinion delivered September 5, 2002

*David Mark Gunter*, for appellant.

No response.

P ER CURIAM. Appellant Rufus Antonio Box, by and through attorney, David Mark Gunter, has filed a motion for belated appeal. Attorney, David Mark Gunter, states in the motion that the notice of appeal was filed late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.